

# THE ATTORNEY GENERAL
## OF TEXAS

**JOHN BEN SHEPPERD**
**ATTORNEY GENERAL**

AUSTIN 11, TEXAS

July 30, 1953

Hon. E. L. Martin
County Attorney
Armstrong County
Claude, Texas

Opinion No. S-78

Re: Maximum compensation of the
county judge and ex officio
county superintendent fol-
lowing the effective date
of Chapter 322, Acts 53rd
Legislature, 1953.

Dear Mr. Martin:

You have requested an opinion on the maximum
compensation of the county judge of Armstrong County who
also acts as ex officio county superintendent.

Armstrong County has a population of 2,215
inhabitants, and its county officers are compensated on
a fee basis. Therefore, the compensation of the county
judge is governed by the provisions of Articles 3883,
3891, and 3912g, Vernon's Civil Statutes, and Article
3888, Vernon's Civil Statutes, as amended by Chapter 322,
Acts 53rd Legislature, 1953, p. 793.

The maximum compensation of the county judge
of Armstrong County is $4687.50. Articles 3883, 3891 and
3912g, V.C.S. Chapter 322, Acts 53rd Legislature author-
izes an additional compensation of $2600 to the county judge
while acting as ex officio county superintendent. There-
fore, the maximum annual compensation of the county judge
of Armstrong County is $7287.50 ($4687.50 plus $2600).
Likewise, in a salary county the county judge who acts as
ex-officio county superintendent shall receive and retain
the compensation authorized by Chapter 322, Acts 53rd
Legislature, 1953, "in addition to all other compensation
provided by law."

## SUMMARY

The maximum compensation of the county
judge acting as ex officio county superintendent

of Armstrong County /a fee county7 is $7287.50
($4687.50 plus $2600).

A county judge acting as ex officio
county superintendent is entitled to receive and
retain the compensation authorized in Chapter
322, Acts 53rd Legislature, 1953, p. 793, amend-
ing Articles 3888, 2688c and 2701 in addition to
all other compensation provided by law beginning
September 1, 1953, whether he is compensated on
a fee or salary basis.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

JR:am

JOHN BEN SHEPPERD
Attorney General

By John Reeves
John Reeves
Assistant